United States District Court
Southern District of Texas
**ENTERED**
October 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUNIPER T. TYLER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-1340 |
| § | |
| WELLS FARGO BANK, N.A., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on July 13, 2020 (Doc. #55), Plaintiff's Objections (Doc. #56), and Defendant's Response (Doc. #57). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

SEP 2 9 2020
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge